# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Northern Fuel and Convenience, Inc.,<br><br>Debtor. | Case No.: 25-60536<br><br>Chapter 11 |

## APPLICATION TO EMPLOY ATTORNEYS FOR DEBTOR

TO: THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES-IN-INTEREST AS SPECIFIED IN LOCAL RULE 9013-3(A)(2).

Northern Fuel and Convenience, Inc. (the "Debtor") hereby applies to this court as follows:

1.  The Debtor makes this application through Nathan Preuss, its Managing Member. The Debtor filed for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), on August 25, 2025 (the "Filing Date"), and the Debtor is currently serving as Debtor-in-possession.

2.  Pursuant to § 327(a) of the Bankruptcy Code, the Debtor wishes to employ Kesha L. Tanabe, Vogel Law Firm ("Vogel Law Firm"), 218 NP Avenue, Fargo, North Dakota, 58102, for the purpose of rendering professional services to the Debtor in all matters relating to or which will arise out of and in the course of the administration of the Debtor's estate and for the benefit of the estate.

3.  The services of counsel are necessary to represent the Debtor in all legal matters arising during the bankruptcy case including issues regarding the control of Debtor's assets, the determination of claims, negotiations with creditors and third parties, the preparation and

formation of a plan to be presented to the creditors to the extent necessary, and such other services as are necessary for the exercise of any and all rights available to the Debtor.

4. The Debtor has selected Kesha L. Tanabe and Vogel Law Firm to act as its attorneys because they are capable in legal matters of this nature. Kesha L. Tanabe and the Vogel Law Firm do not hold or represent an adverse interest in the Debtor and each is a "disinterested person" as required by law. Said attorneys have agreed to perform services on an hourly fee plus costs basis.

5. Prior to the filing date, Nathan and Amanda Preuss paid $20,000.00 to Vogel Law Firm as a pre-petition retainer on August 22, 2025. Funds were transferred from Vogel Law Firm's trust account to its operating account for all prepetition fees and expenses. Vogel had no unpaid legal fees as of the petition date. All post-petition Fees and costs shall be subject to court review and approval.

6. The arrangement for Nathan and Amanda Preuss to pay a pre-petition retainer was fully disclosed to the Debtor. The Debtor expressly consented to the arrangement. Mr. Preuss and Ms. Preuss each represented by separate counsel for their individual interests and they are on notice that the Debtor's counsel owes no duties to them in their personal capacity.

7. Applicant requests that interim applications for payment of such compensation be allowed to be made to the bankruptcy court once every 30 days, unless otherwise ordered by the Court. Vogel Law Firm will calculate their fees for professional services in accordance with standard hourly rates for these services. Such rates are set forth in the accompanying affidavit of Kesha L. Tanabe. Hourly work performed by persons employed by Vogel Law Firm, or contracted with Vogel Law Firm, will be recorded in increments of tenths of an hour, as required by local practice.

8. The Debtor therefore requests orders of this court authorizing employment of Kesha L. Tanabe and Vogel Law Firm as its attorneys under the terms and conditions set forth herein.

Dated: September 3, 2025.

Northern Fuel and Convenience, Inc.

*/s/ Nathan Preuss*
Nathan Preuss, Manager

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| In Re: | Case No.: 25-60536 |
|---|---|
| Northern Fuel and Convenience, Inc., | Chapter 11, Subchapter V |
| Debtor. | |

## UNSWORN AFFIDAVIT OF KESHA L. TANABE

Kesha L. Tanabe states as follows:

1. I am an attorney duly licensed to practice law and admitted to practice before the state and federal courts of Minnesota and am an attorney in good standing, practicing with the law firm of Vogel Law Firm, 218 NP Avenue, Fargo, North Dakota, 58102. This affidavit is submitted in support of the application of Northern Fuel and Convenience, Inc. to retain Vogel Law Firm, as counsel in the above-referenced bankruptcy case.

2. Neither the undersigned nor the firm of Vogel Law Firm holds or represents any interest adverse to the interest of the Debtor in the above reorganization proceeding and, to the best of my knowledge, neither I nor Vogel Law Firm have an adverse interest as to the Debtor. To the best of my knowledge, neither I nor Vogel Law Firm has any connection with creditors of the Debtor, other parties in interest, nor their respective attorneys or accountants, not the U.S. Trustee or any person employed in the office of the U.S. Trustee.

3. If the undersigned and Vogel Law Firm are retained and engaged as counsel for the Debtor in this reorganization proceeding, they will perform such service according to their best skill and ability and agree, by execution hereof, to act in the capacity of legal counsel to

said Debtor in this proceeding and for the purposes as outlined in the Debtor's application for employment of counsel.

4. If the undersigned is retained and engaged as counsel for the Debtor in this reorganization proceeding, the compensation paid to her for professional services rendered and to be rendered in connection with the case will be calculated according to the hourly rates of persons employed by Vogel Law Firm, established from time to time, subject to court approval, as provided in the Bankruptcy Code. The current hourly rates of attorneys likely to work on this file are as follows: Kesha Tanabe $420 and Laura Helgeson or Collin Poolman $250.

5. The undersigned requests that she be allowed to apply to the court on interim applications every 30 days for approval of such compensation, unless otherwise ordered by the court. The payment of any fees will be subject to court review and approval as set forth herein and as required by law.

6. Neither the undersigned nor Vogel Law Firm have received from the Debtor any transfer, assignment, or pledge of property for fees and costs to be incurred in this proceeding. Vogel Law Firm received a $20,000.00 retainer for court filing fees and other expenses.

7. Neither the undersigned nor Vogel Law Firm has made any agreement for the sharing of any fees earned in connection with said representation.

8. Pursuant to Local Rule 9011-1(f), I expressly authorize the use of my electronic signature on this document even if it is filed by co-counsel.

Dated: September 3, 2025.

/s/ Kesha L. Tanabe
Kesha L. Tanabe, Esq.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Northern Fuel and Convenience, Inc.,<br><br>Debtor. | Case No.: 25-60536<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

Kesha L. Tanabe, hereby states that on September 3, 2025 she caused an APPLICATION TO EMPLOY ATTORNEYS FOR THE DEBTOR to be served electronically through ECF, which constitutes service or notice pursuant to Local Rule 9006-1(a), to the parties receiving ECF notice in this case.

Dated: September 3, 2025.

**VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
    Kesha L. Tanabe (#0387250)
    ktanabe@vogellaw.com
    218 NP Avenue
    PO Box 1389
    Fargo, ND 58107-1389
    701.237.6983
    ATTORNEYS FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Northern Fuel and Convenience, Inc.,<br><br>Debtor. | Case No.: 25-60536<br><br>Chapter 11 |

## ORDER

Upon application by the Debtor for an Order approving the retention of Kesha L. Tanabe and Vogel Law Firm, 218 NP Avenue, Fargo, North Dakota, 58102, as counsel in this proceeding, the Court, having reviewed the Debtor's Application and Affidavit of Kesha L. Tanabe filed therewith and the certificate of review and recommendation for employment by the office of the United States Trustee, and the files and records herein

**IT IS HEREBY ORDERED:**

1. The employment of Vogel Law Firm as Chapter 11 counsel to represent the Debtor-in-possession in carrying out their duties under Title 11 of the United States Bankruptcy Code is approved.

2. Fee applications by Vogel Law Firm may be heard on thirty day intervals from the commencement of the case.

**BY THE COURT:**

Dated this _____.

_____
US Bankruptcy Court Judge