**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re:<br><br>Northern Fuel and Convenience, Inc.,<br><br>Debtor. | Lead Case No.: 25-60536<br><br>Chapter 11<br>(Jointly Administered) |
| In Re:<br><br>My Store-Turtle River LLC,<br><br>Debtor. | Case No.: 25-60512<br><br>Chapter 11 |

**NOTICE OF FINAL DISTRIBUTION**

PLEASE TAKE NOTICE Debtors Northern Fuel and Convenience, Inc. ("NFC") and My Store-Turtle River LLC ("TR") (collectively, the "Debtors"), by and through counsel, seek an order from this Court approving a final distribution in their respective cases. Details of the proposed final distribution for NFC (the "NFC Distribution") are attached hereto as Exhibit A. Details of the proposed final distribution for TR (the "TR Distribution") are attached hereto as Exhibit B.

Debtors believe the NFC and TR Distributions comply with the priority scheme set forth in 11 U.S.C. 507. Moreover, such distributions will provide the greatest possible recovery to their creditors, with the lowest cost and minimal delay. Lastly, if Debtors are permitted to make the NFC and TR Distributions, their cases will be fully administered and Debtors intend to seek dismissal of their cases pursuant to 11 U.S.C. 1112, as contemplated by this Court's order entered on May 15, 2026. [ECF 226].

NOTICE IS FURTHER GIVEN that objections, if any, to the NFC Distribution and/or TR Distribution must be filed no later than June 12, 2026. UNLESS A RESPONSE IS TIMELY FILED, THE COURT MAY ENTER AN ORDER APPROVING THE NFC AND/OR TR DISTRIBUTIONS WITHOUT A HEARING.

Dated: May 28, 2026 **VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*
Kesha L. Tanabe (#0387250)
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
ATTORNEYS FOR DEBTOR

**Exhibit A: Proposed Final Distribution for Debtor NFC**

Cash on hand available for distribution estimated to be $330,300.

1. Section 507(a)(2) Administrative Expenses
    a. POC 19-1 City of Motley/Post-Petition Water/Sewer ($1,075)
    b. Intuit/QuickBooks Fees ($2,079.51)
    c. Wells Fargo/Bank Fees (est. $200)
    d. IRS (POC 10-3: $61.55)
2. Quarterly US Trustee Fee (estimated $2,500-4,000)[1]
3. Compensation allowed under Section 330(a) (est. $50,000-60,000)
4. Section 507(a)(8): Priority Tax Claims (to be distributed pro rata, if needed)
    a. MNDOR (POC 5-3: $233,804.53)
    b. IRS (POC 4-3: $3,556.77)
5. Per Stipulation:
    a. Parkland USA/Allowed 503(b)(9) Claim ($30,000).[2]

---

[1] Debtor anticipates that it will owe U.S. Trustee fees for the second quarter of 2026. If the case remains open in chapter 11 on and after June 30, 2026, Debtor will also incur UST fees for the third quarter of 2026. For the avoidance of doubt, the Debtors intend to pay all UST fees in full, in both cases, regardless of when such fees come due. The exact amount of such fees is not known at this time, so the Debtor has included an estimate in this line item to provide the most accurate possible representation of the "payment waterfall" in this case.

[2] Debtor and Parkland filed a stipulation for allowance of an administrative expense. The Debtor partially disputed the amount of Parkland's potential claim, and Parkland agreed to compromise its claim amount and to subordinate payment of its claim to other administrative and priority tax claims.

**Exhibit B: Proposed Final Distribution for Debtor Turtle River**

Cash available for distribution: estimated $1,700.

1. Section 507(a)(2) Administrative Claims
    a. IRS POC 8-3 ($45.29)
2. Quarterly US Trustee Fee (estimated $250-500)
3. Compensation allowed under Section 330(a)
    a. Former Subchapter V Trustee ($693)
    b. Vogel ($1,679.80)[3]
4. Section 507(a)(8): Priority Tax Claims (to be distributed pro rata, if needed)
    a. IRS (POC 1-6: $10,060.61)

[3] These legal fees were previously approved, but not yet paid. Vogel will subordinate its payment to the Former Subchapter V trustee's fees. Vogel will not file any additional application(s) for its outstanding legal fees.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re:<br><br>Northern Fuel and Convenience, Inc.,<br><br>Debtor. | Lead Case No.: 25-60536<br><br>Chapter 11<br>(Jointly Administered) |
| In Re:<br><br>My Store-Turtle River LLC,<br><br>Debtor. | Case No.: 25-60512<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

Sonie Thompson, being first duly sworn, does depose and say: she is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On May 28, 2026, affiant caused the following document(s):

**NOTICE OF FINAL DISTRIBUTION**

to be served by United States postal mail on:

**SEE ATTACHED MAILING MATRIX**

to be served electronically to the following:

**ALL PARTIES VIA ECF FILING**

/s/ Sonie Thompson
Sonie Thompson

Subscribed and sworn to before me this 28 day of May, 2026.

/s/ Katherine Johnson
(SEAL) Notary Public, Cass County, North Dakota

Label Matrix for local noticing
0864-6
Case 25-60536
District of Minnesota
Fergus Falls
Thu May 28 11:11:02 CDT 2026

(p)DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Ford Motor Credit Company LLC
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113-1100

Northern Fuel and Convenience, Inc.
1018 Donald Avenue SE
Bemidji, MN 56601-4924

Security Bank USA
Winthrop & Weinstine, PA
Attn: William Schumacher
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402-4629

United States Small Business Administration
U. S. Attorney's Office
Attn: Adine S. Momoh
600 U.S. Courthouse
300 So. 4th Street
Minneapolis, MN 55415-1320

United States of America, Internal Revenue S
c/o Adine S. Momoh
600 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415-1320

Fergus Falls - St Paul
200 Warren E Burger Federal Building and
U. S. Courthouse
316 N Robert St
St Paul, MN 55101-1495

4 Oil LLC
909 N Pokegama Ave
Grand Rapids, MN 55744-2652

Alternative Funding Group Corp.
2941 NW 62nd St
Suite 201
Fort Lauderdale, FL 33309-1762

Amanda Chase aka Amanda Preuss
10556 Deerpath Court NE
Bemidji
MN 56601-6896

American Express Head Office
World Financial Center
200 Vesey St
New York, NY 10285-1000

Amy Swedberg
225 South Sixth Street, Suite 2900
Minneapolis, MN 55402-4609

Andrew J. Pincus, Esq.
Seidman & Pincus, LLC
77 Brant Avenues, Suite 202
Clark, NJ 07066-1540

Arrowhead Advance
PO Box 157
Claymont, DE 19703-0157

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

Beltrami County Property Tax
701 Minnesota Ave NW
Suite 220
Bemidji, MN 56601-3178

Blue Bridge Financial, Inc.
11921 Freedom Drive
Suite 1130
Reston, VA 20190-6225

CITY OF MOTLEY
316 Hwy 10 S
Motley, MN 56466-4001

Core-Mark US, LLC
c/o National Registered Agents, Inc., Re
1010 Dale St N
Saint Paul, MN 55117-5603

Dakota Heritage Bank
101 7th St SE
Red Lake Falls, MN 56750-4731

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Ford Motor Credit
885 East Collins Blvd
Suite 110
Richardson, TX 75081-2270

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

FundFi Merchant Funding LLC
377 Fifth Ave
4th Floor
New York, NY 10016-3300

Headway Capital LLC
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009-5133

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Itria Ventures LLC
Attn: Managing Agent
251 Little Falls Drive
Wilmington, DE 19808-1674

Itria Ventures LLC
c/o Andrew J. Pincus, Esq.
Seidman & Pincus, LLC
77 Brant Avenues, Suite 202
Clark, NJ 07066-1540

Jeremy A. Klinger
Drahos Kieson & Christopher P.A.
502 24th St NW
Bemidji, MN 56601-2407

(p)LIBERTAS FUNDING LLC
411 WEST PUTNAM ST
SUITE 220
GREENWICH CT 06830-6295

Lincoln Lakes LLC
1717 W. Shamineau Dr.
Michael Auger, Manager
Motley, MN 56466-2366

Lincoln Lakes LLC
Michael Auger, Manager
1717 W. Shamineau Dr.
Motley, MN 56466-2366

Lincoln Lakes, LLC
225 South Sixth Street, Suite 2900
Attn: [illegible] Swedberg
Minneapolis, MN 55402-4609

Marlin Financial & Leasing Corp.
PO Box 1333
Hixson, TN 37343-5333

Michelle Chesebro
332 S Michigan, Suite 600
Chicago, IL 60604-4318

Mid 2 West LLC
23310 Scenic Hwy NE
Blackduck, MN 56630-4302

Miller McDonald
513 Beltrami Avenue NW
Bemidji, MN 56601-3009

Minnesota Department of Employment and Econo
PO 4629
Saint Paul, MN 55101-4629

Minnesota Department of Revenue
Attn: Bankruptcy Notifications
P.O. Box 64564
St. Paul, MN 55164-0564

Minnesota Petroleum Marketers Association
3244 Rice Street
Saint Paul, MN 55126-3047

My Store- Turtle River LLC
4304 Alder St NE
Bemidji MN 56601-7544

NORTHLAND FROZEN PIZZA INC
712 THIESSE DR.
BRAINERD MN 56401-6531

Nathan Preuss
4304 Alder St NE
Bemidji
MN 56601-7544

O'Day Equipment, LLC
PO Box 2706
Fargo, ND 58108-2706

On Deck Capital
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009-5133

Parkland Corporation
2800 Post Oak Blvd.
Attn: Managing Agent
Houston, TX 77056-6111

Parkland USA Corporation
Attn: [illegible] Mumford
8111 Westchester Drive, Suite 400
Dallas, TX 75225-6140

Paul Bunyan Communications
1831 Anne St NW
Bemidji, MN 56601-5655

Paul Bunyon Rural Telephone
Cooperative d/b/a Paul Bunyon Communicat
Matthew R Burton
150 S 5th St., Ste 1200
Minneapolis, MN 55402-4138

(p)PAWNEE LEASING CORPORATION ATTN SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735

Pineview Convenience Store LLC
1717 W. Shamineau Dr.
Michael Auger, Manager
Motley, MN 56466-2366

Sandstrom's, Inc.
Attn: David Sandstrom, CEO, or Other Man
2057 East Highway 2
Grand Rapids, MN 55744-3295

(p)SECURITY BANK USA
1025 PAUL BUNYAN DRIVE NW
BEMIDJI MN 56601-2133

Small Business Administration
c/o US DOJ
950 Pennsylvania Ave. NW
Washington, DC 20530-0009

Solway Petroleum Inc.
c/o John Dahl, CEO
16254 Gavidae Ct. NW
Bemdiji, MN 56601-7150

Solway Properties, LLC
John Dahl, Manager
16254 Gavidae Ct. NW
Bemidji, MN 56601-7150

Synchrony Bank
Attn: Bankruptcy Dept
PO Box 965061
Orlando, FL 32896-5061

Sysco
900 South Highway 10
Saint Cloud, MN 56304-1824

The First National Bank of Bemidji
PO Box 670
Bemidji, MN 56619-0670

(p)U S SMALL BUSINESS ADMINISTRATION
ATTN BK NOTICES
332 S MICHIGAN AVE SUITE 600
CHICAGO IL 60604-4318

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

United Hardware Distributing Company - Do It
1626 Broadway Suite 100
Fort Wayne, IN 46802-0009

Verizon Business
PO Box 489
Newark, NJ 07101-0489

FREDERICK T JOHNSON
SPENCER FANE, LLP
3040 POST OAK BLVD
SUITE 1400
HOUSTON, TX 77056-6584

Kesha L. Tanabe
Vogel Law Firm
218 Northern Pacific Avenue
Fargo, ND 58102-4834

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Deere & Company
d/b/a John Deere Financial
PO Box 6600
Johnson, IA 50131

Atlas Acquisitions LLC
on behalf of Libertas Funding LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Discover Financial Services
PO Box 30943
Salt Lake City, UT 84130-0943

(d)John Deere Financial
PO Box 6600
Johnston, IA 50131

Libertas Funding LLC
411 Putnam Ave
Suite 220
Greenwich, CT 06830

Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525

Security Bank USA
1025 Paul Bunyan Dr NW
Bemidji, MN 56601

(d)Security Bank USA
1025 Paul Bunyan Dr NW
PO Box 1630
Bemidji, MN 56601

US Small Business Administration
332 S Michigan, Suite 600
Chicago, IL 60604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Blue Bridge Financial, Inc.

(u)Lincoln Lakes, LLC

(u)Parkland USA Corporation

(u)Pineview Convenience, LLC

(u)Solway Properties, LLC

End of Label Matrix
Mailable recipients 65
Bypassed recipients 5
Total 70