**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| In Re:<br><br>Northern Fuel and Convenience, Inc.,<br><br>Debtor. | Lead Case No.: 25-60536<br><br>Chapter 11 |
|---|---|
| In re:<br><br>My Store – Turtle River, LLC,<br><br>Debtor. | Case No.: 25-60512 |

**ORDER APPROVING PROPOSED FINAL**
**DISTRIBUTION AND SETTING DEADLINE FOR**
**SUBMISSION OF PROFESSIONAL FEES**

Debtors Northern Fuel and Convenience, Inc. and My Store-Turtle River, LLC filed a motion seeking structured dismissal.  Doc. 171.  The United States filed an objection to this motion and filed a Motion to Convert or Dismiss, arguing in favor of conversion.  Doc. 172. Debtors opposed the United States' motion.

The Court held a hearing on these motions on May 15, 2026.  At the hearing, the parties advised the Court that they were close to agreeing to terms of a proposed Final Distribution. Assuming the parties finalize their agreement, and no party objects to a proposed Final Distribution, all parties consented to an order dismissing this case.  In the interest of efficiency and cost savings, the Court set several deadlines, including a deadline to file a proposed distribution and a deadline to object.

Debtor filed and served a Notice of Final Distribution.  Doc. 232.  The Court received no objections.

IT IS ORDERED that:

1. The Proposed Final Distribution for Debtor Northern Fuel and Convenience is approved.

2. The Proposed Final Distribution for Debtor My Store-Turtle River is approved.

3. Administrative claims not listed in the approved Final Distribution will not be entitled to a distribution.

4. Debtors agree to abandon all assets not listed in the proposed Final Distribution to Security Bank pursuant to 11 U.S.C. § 554.  If Security Bank elects to waive its rights with respect to the remaining assets, Debtors agree to abandon the assets to the Small Business Administration pursuant to section 554.

5. Debtors shall distribute estate assets in accordance with the approved Final Distribution.  Debtors must file a Certificate of Distribution with the Court after completing the distribution.

6. Parties seeking professional fees under 11 U.S.C. 503(b)(2) are granted 7 days from this Order to file a final application.

7. Allowed fees and expenses awarded pursuant to a final application shall be paid from the Debtors' DIP account and fees may be held in reserve for these payments.

8. Debtors' Motion for Structured Dismissal (Doc. 171) and the United States' Motion to Convert or Dismiss (Doc. 172) are held in abeyance until the Court considers all professional fee applications.

Dated:  June 24, 2026.


Shon Hastings, Judge
United States Bankruptcy Court