**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re:<br><br>Northern Fuel & Convenience Inc.,<br><br>Debtor. | Case No.: 25-60536<br><br>Chapter 11 |
| In Re:<br><br>My Store – Turtle River LLC,<br><br>Debtor. | Case No.: 25-60512<br><br>Chapter 11<br><br>(Jointly Administered) |

# CERTIFICATE OF DISTRIBUTION

Debtors Northern Fuel & Convenience Inc. ("NFC") and My Store – Turtle River LLC ("Turtle River", and together with NFC, the "Debtors"), by and through their undersigned counsel, filed a Joint Motion for Structured Dismissal [Doc. 171] to facilitate an expeditious completion of their cases. As part of the proposed structured dismissal, Debtors proposed a Final Distribution [Doc. 232], which was approved by this Court's Order Approving Final Distribution and Setting Deadline for Submission of Professional Fees entered on June 24, 2026 [Doc. 235] (the "Distribution Order").

In accordance with the Distribution Order, Debtors hereby provide a Certificate of Distribution reporting the completion of the distribution of estate assets as outlined in the approved Final Distribution. Capitalized terms used hereinafter and not otherwise defined shall have the same meaning assigned to each such term in the proposed Final Distribution.

1. Turtle River filed a petition under chapter 11 of the United States Bankruptcy Code on August 25, 2025. NFC filed a petition under chapter 11 of the United States Bankruptcy Code on September 2, 2025. Debtors remained debtors-in-possession for the duration of the cases, and no trustee or examiner was appointed.

2. The Debtors have attempted in good faith to fulfil all of the duties enumerated in 11 U.S.C. §§ 1106 and 1107.

3. All scheduled and known assets of the estates have been reduced to cash or have been or will be abandoned pursuant to 11 U.S.C. § 554, as provided in the Distribution Order.

4. Individual estate property reports showing the disposition of all property of the estates are attached as **Exhibit A**.

5. NFC realized $446,953.65 in gross sale receipts and an additional $11,945.01 through stipulations resolving stay violations by Parkland USA Corporation and Libertas Funding LLC [Docs. 31 and 164], resulting in total gross receipts of $458,950.51. Prior to the Final Distribution, funds of the NFC estate were disbursed in the following amounts:

| | |
|---|---|
| Fees for Attorney for Debtor: | $66,352.08 |
| Fees for Other Professional(s): | $15,369.80 |
| U.S. Trustee Fees: | $14,340.97 |
| Payments to Creditors: | $25,316.80 |
| Other Expenses: | $5,958.65 |
| **Total Cash Disbursements:** | **$127,338.30** |

leaving a balance on hand of $331,612.21 available for the NFC Distribution.

6. Turtle River realized gross receipts of $15,630.76. Prior to the Final Distribution, funds of the Turtle River estate were disbursed in the following amounts:

| | |
|---|---|
| Fees for Attorney for Debtor: | $12,000.00 |
| U.S. Trustee Fees | $500.00 |
| Payments to Creditors: | $0.00 |
| Other Expenses: | $1,450.00 |
| **Total Cash Disbursements:** | **$13,950.00** |

leaving a balance on hand of $1,680.76 available for the Turtle River Distribution.

7. Attached as **Exhibit B** are cash receipts and disbursements records for each estate bank account.

8. The deadline for filing claims in these cases was December 31, 2025. There are no pending objections to the allowance of claims in these cases.

9. A record of all payments made to effectuate the approved Final Distribution is attached as **Exhibit C**.

Dated this 21st day of September, 2026. **VOGEL LAW FIRM**

BY: */s/ Kesha L. Tanabe*

Kesha L. Tanabe (#0387250)
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: 701.237.6983
Facsimile: 701.356.6395
ATTORNEYS FOR DEBTORS

# EXHIBIT A

## REPORT OF DISPOSITION OF NFC ESTATE PROPERTY

All following real and personal property of the NFC estate (excluding cash on hand available for the Final Distribution) was disposed of through court-approved sales, with gross receipts realized as follows:

| Asset Description | Gross Sale Proceeds | Disbursements Related to Sale | Sale Funds Received by the Estate | Gross Value of Asset Remaining[1] |
|---|---|---|---|---|
| Real property located at 4895 Jones Townhall Road NW, Solway, MN 56678 ("Solway Store")[2] | $1,149,000.00 | $953,764.05 | $351,235.95 | $0.00 |
| Real property located at 54345 Hwy 72 NE, Waskish, MN 56685 ("Waskish Store")[3] | $288,200.00 | $288,200.00 | $0.00 | $0.00 |
| Real property located at 6658 Turtle Mart Lane NE and 12471 71 Connection NE, Bemidji, MN 56601 ("Turtle River Store")[4] | $399,300.00 | $399,300.00 | $0.00 | $0.00 |
| All real and personal property located at 1000 US Highway 10, Motley, MN 56466 ("Motley Store")[5] | $509,250.00 | $413,532.30 | $95,717.70 | $0.00 |

All scheduled property of the NFC estate not listed above was, to the extent possible, surrendered to secured creditors.

---

[1] Excluding cash on hand available for final distribution.

[2] For further details on sale of the Solway Store, see: Second Amended Expedited Joint Motion to Sell Free and Clear of Liens Pursuant to 11 U.S.C. § 363(f) [Doc. 68]; Order Granting Second Amended Expedited Joint Motion to Sell Free and Clear of Liens Pursuant to 11 U.S.C. § 363(f) [Doc. 71]; Monthly Operating Report for November 2025 [Doc. 112]; and Monthly Operating Report for December 2025 [Doc. 129].

[3] For further details on sale of the Waskish Store, see: Expedited Joint Motion to Sell Free and Clear of Liens Pursuant to 11 U.S.C. § 363(f) [Doc. 84]; Order Granting Expedited Joint Motion to Sell Free and Clear of Liens Pursuant to 11 U.S.C. § 363(f) [Doc. 107]; and Monthly Operating Report for December 2025 [Doc. 129].

[4] For further details on sale of the Turtle River Store, see: Motion to Approve Bid Procedures, Schedule an Auction, and Set a Sale Hearing [Doc. 135]; Notice of Sale (Turtle River) [Doc. 159]; Sale Order (Turtle River Store) [Doc. 170]; and Monthly Operating Report for March 2026 [Doc. 215].

[5] For further details on sale of the Motley Store, see: Motion to Approve Bid Procedures, Schedule an Auction, and Set a Sale Hearing [Doc. 134]; Notice of Sale (Motley Store) [Doc. 158]; Sale Order (Motley Store) [Doc. 169]; and Monthly Operating Report for March 2026 [Doc. 215].

## REPORT OF DISPOSITION OF TURTLE RIVER ESTATE PROPERTY

All following property of the Turtle River estate (excluding cash on hand available for the Final Distribution) was disposed of through a court-approved sale, with gross receipts realized as follows:

| Asset Description | Gross Sale Proceeds | Disbursements Related to Sale | Sale Funds Received by the Estate | Gross Value of Asset Remaining[6] |
|---|---|---|---|---|
| All personal property located at 6658 Turtle Mart Lane NE and 12471 71 Connection NE, Bemidji, MN 56601 ("Turtle River Personal Property")[7] | $99,450.00 | $85,563.15 | $13,886.85 | $0.00 |

[6] Excluding cash on hand available for final distribution.

[7] The assets sold include all personal property used to operate the Turtle River Store. For further details on sale of the Turtle River Personal Property, see: Motion to Approve Bid Procedures, Schedule an Auction, and Set a Sale Hearing [Doc. 135]; Notice of Sale (Turtle River) [Doc. 159]; Sale Order (Turtle River Store) [Doc. 170]; and Turtle River's Monthly Operating Report for March 2026 [Doc. 216].

# EXHIBIT B

## REPORTS OF CASH RECEIPTS AND DISBURSEMENTS

# Cash Receipts and Disbursement Record

## Northern Fuel & Convenience Inc. (MN Bankr. 25-60536)

### Wells Fargo Debtor-in-Possession Account No. -9177

| Transaction Date | Paid to / Received From | Description of Transaction | Deposit $ | Disbursement $ | Checking Account Balance |
|---|---|---|---|---|---|
| 10/6/2025 | Cash Injection | Deposit to Open Account | $ 25.00 | | $ 25.00 |
| 10/17/2025 | Parkland USA Corporation | Payment per Stipulation (Doc. 31) | $ 5,945.01 | | 5970.01 |
| 11/4/2025 | Beltrami Electric Cooperative | Utilities Payment | | $ 1,655.00 | 4315.01 |
| 12/3/2025 | Lakes Gas | Utilities Payment | | $ 553.00 | $ 3,762.01 |
| 12/3/2025 | Beltrami Electric Cooperative | Utilities Payment | | $ 2,036.12 | $ 1,725.89 |
| 12/22/2025 | The Title Team | Solway Store Sale Proceeds | $ 351,235.95 | | $ 352,961.84 |
| 12/22/2025 | U.S. Trustee | Quarterly Fee for Q3 2025 | | $ 251.03 | $ 352,710.81 |
| 2/20/2026 | U.S. Trustee | Quarterly Fees for Q4 2025 | | $ 10,393.94 | $ 342,316.87 |
| 2/24/2026 | Wells Fargo | Legal Order Fee | | $ 125.00 | $ 342,191.87 |
| 3/2/2026 | Wells Fargo | Wire Fees | | $ 80.00 | $ 342,111.87 |
| 3/2/2026 | Amanda Chase | Reimbursement for QuickBooks | | $ 2,258.68 | $ 339,853.19 |
| 3/2/2026 | Vogel Law Firm | Fees Approved by Court (Doc. 152) | | $ 42,423.68 | $ 297,429.51 |
| 3/5/2026 | Libertas Funding LLC | Payment per Stipulation (Doc. 164) | $ 6,000.00 | | $ 303,429.51 |
| 3/5/2026 | Beltrami Electric Cooperative | Utilities Payment | | $ 1,509.53 | $ 301,919.98 |
| 3/17/2026 | Internal Revenue Service | Postpetition FICA and FUTA Taxes | | $ 3,034.02 | $ 298,885.96 |
| 3/17/2026 | Minnesota Dept. of Revenue | Postpetition Sales & Use Taxes | | $ 19,720.21 | $ 279,165.75 |
| 3/17/2026 | Wells Fargo | Fees for Cashier's Checks | | $ 70.00 | $ 279,095.75 |
| 3/27/2026 | The Title Team | Motley Store Sale Proceeds | $ 95,717.70 | | $ 374,813.45 |
| 4/24/2026 | Accurant LLC | Fees Approved by Court (Docs. 217/218) | | $ 15,369.80 | $ 359,443.65 |
| 5/7/2026 | U.S. Trustee | Quarterly Fees for Q1 2026 | | $ 3,696.00 | $ 355,747.65 |
| 5/11/2026 | Vogel Law Firm | Fees Approved by Court (Doc. 213) | | $ 23,928.40 | $ 331,819.25 |
| 5/19/2026 | Parkland USA Corporation | Deposit | $ 26.85 | | $ 331,846.10 |
| 6/18/2026 | Parkland USA Corporation | ACH Withdrawal | | $ 85.00 | $ 331,761.10 |
| 7/8/2026 | Parkland USA Corporation | ACH Withdrawal | | $ 85.00 | $ 331,676.10 |
| 7/10/2026 | Parkland USA Corporation | ACH Withdrawal | | $ 63.89 | $ 331,612.21 |
| 8/3/2026 | U.S. Trustee | Quarterly Fees for Q2 2026 | | $ 250.00 | $ 331,362.21 |
| 8/3/2026 | City of Motley | Postpetition Utilities at Motley Store | | $ 1,076.08 | $ 330,286.13 |
| 8/3/2026 | Amanda Chase | Intuit/QuickBooks Fees | | $ 2,079.51 | $ 328,206.62 |
| 8/3/2026 | Internal Revenue Service | Administrative Tax Claim 10-3 | | $ 61.55 | $ 328,145.07 |
| 8/3/2026 | Vogel Law Firm | Fees Approved by Court (Doc. 242) | | $ 42,755.50 | $ 285,389.57 |
| 8/3/2026 | Minnesota Dept. of Revenue | Priority Tax Claim 5-3 | | $ 233,804.53 | $ 51,585.04 |
| 8/3/2026 | Internal Revenue Service | Priority Tax Claim 4-3 | | $ 3,556.77 | $ 48,028.27 |
| 8/3/2026 | Wells Fargo | Fees for Cashier's Checks | | $ 60.00 | $ 47,968.27 |
| 8/20/2026 | Parkland USA Corporation | Stipulated Administrative Claim | | $ 29,766.11 | $ 18,202.16 |
| 9/4/2026 | U.S. Trustee | Quarterly Fees for Q3 2026 | | $ 1,254.24 | $ 16,947.92 |
| | | **TOTALS:** | **$ 458,950.51** | **$ 442,002.59** | |

# Cash Receipts and Disbursement Record

## My Store - Turtle River LLC (MN Bankr. 25-60512)

### Wells Fargo Debtor-in-Possession Account No. -9219

| Transaction Date | Paid to / Received From | Description of Transaction | Deposit $ | Disbursement $ | Checking Account Balance |
|---|---|---|---|---|---|
| 10/6/2025 | Cash injection | Deposit to Open Account | $ 25.00 | | $ 25.00 |
| 10/14/2025 | Prepetition A/R | Deposit | $ 1,435.51 | | $ 1,460.51 |
| 10/22/2025 | Prepetition A/R | Deposit | $ 283.40 | | $ 1,743.91 |
| 11/4/2025 | Beltrami Electric Cooperative | Utilities Payment | | $ 1,385.00 | $ 358.91 |
| 12/31/2025 | Wells Fargo | Account Service Fee | | $ 10.00 | $ 348.91 |
| 1/30/2026 | Wells Fargo | Account Service Fee | | $ 10.00 | $ 338.91 |
| 2/20/2026 | U.S. Trustee | Quarterly Fee for Q4 2025 | | $ 250.00 | $ 88.91 |
| 3/27/2026 | The Title Team | Turtle River Store Sale Proceeds | $ 13,886.85 | | $ 13,975.76 |
| 3/31/2026 | Wells Fargo | Account Service Fee | | $ 15.00 | $ 13,960.76 |
| 5/7/2026 | U.S. Trustee | Quarterly Fee for Q1 2026 | | $ 250.00 | $ 13,710.76 |
| 5/11/2026 | Vogel Law Firm | Part Pymt/Approved Fees (ECF 45) | | $ 12,000.00 | $ 1,710.76 |
| 6/30/2026 | Wells Fargo | Account Service Fee | | $ 15.00 | $ 1,695.76 |
| 7/31/2026 | Wells Fargo | Account Service Fee | | $ 15.00 | $ 1,680.76 |
| 8/3/2026 | U.S. Trustee | Quarterly Fee for Q2 2026 | | $ 250.00 | $ 1,430.76 |
| 8/3/2026 | Internal Revenue Service | Administrative Tax Claim 8-3 | | $ 45.29 | $ 1,385.47 |
| 8/3/2026 | Sieling Law, PLLC | Former Subchapter V Trustee | | $ 693.00 | $ 692.47 |
| 8/3/2026 | Wells Fargo | Fees for Cashier's Checks | | $ 20.00 | $ 672.47 |
| 8/31/2026 | Wells Fargo | Account Service Fee | | $ 15.00 | $ 657.47 |
| 9/3/2026 | Vogel Law Firm | Part Pymt/Approved Fees (ECF 45) | | $ 407.47 | $ 250.00 |
| 9/3/2026 | U.S. Trustee | Quarterly Fee for Q3 2026 | | $ 250.00 | $ - |
| | | **TOTALS:** | **$ 15,630.76** | **$ 15,630.76** | |

# EXHIBIT C

## RECORD OF PAYMENTS MADE FOR NFC FINAL DISTRIBUTION

As outlined in the approved Final Distribution, NFC made the following payments from its debtor-in-possession account number ending in 9177 held at Wells Fargo (the "NFC DIP Account"):

| Payee | Amount | Purpose | Payment Method |
|---|---|---|---|
| City of Motley | $1,076.08 | Post-petition utilities | Cashier's Check x4197 |
| Amanda Chase | $2,079.51 | Intuit/QuickBooks Fees | Cashier's Check x2751 |
| Internal Revenue Service | $61.55 | Administrative Tax Claim | Cashier's Check x4734 |
| U.S. Trustee | $250.00 | Quarterly Fee for Q2 2026 | ACH Payment |
| Vogel Law Firm | $42,755.50 | Compensation allowed under Section 330(a) | Cashier's Check x4618 |
| Minnesota Department of Revenue | $233,804.53 | Priority Tax Claim 5-3 | Cashier's Check x1590 |
| Internal Revenue Service | $3,556.77 | Priority Tax Claim 4-3 | Cashier's Check |
| Parkland USA Corporation | $29,766.11[1] | Stipulated Administrative Claim [Docs. 230 and 233] | ACH payment |
| Wells Fargo | $60.00 | Bank fees for cashier's checks | N/A |
| U.S. Trustee | $1,254.24 | Quarterly Fee for Q3 2026 | ACH payment |

True and correct copies of the above-listed cashier's checks and ACH confirmation receipts are attached hereto as **Exhibit D-1**.

NFC paid $1,254.24 to the U.S. Trustee for the estimated quarterly fee owed for the third quarter of 2026 based on the foregoing transfers. After payment of this fee, $16,947.92 remains in the NFC DIP Account. Following final confirmation by the U.S. Trustee for fees owed for the third quarter of 2026, any funds remaining in the NFC DIP Account will be abandoned by Debtor in accordance with paragraph 4 of the Distribution Order.

[1] Payment to Parkland USA Corporation was reduced from the stipulated $30,000.00 claim amount due to small amounts debited by Parkland USA Corporation from the NFC DIP Account subsequent to the stipulation.

## <u>RECORD OF PAYMENTS MADE FOR TURTLE RIVER FINAL DISTRIBUTION</u>

As outlined in the approved Final Distribution, Turtle River made the following payments from its debtor-in-possession account number ending in 9219 held at Wells Fargo (the "<u>Turtle River DIP Account</u>"):

| Payee | Amount | Purpose | Payment Method |
|---|---|---|---|
| Internal Revenue Service | $45.29 | Administrative Tax Claim 8-3 | Cashier's Check x4735 |
| U.S. Trustee | $250.00 | Quarterly Fee for Q2 2026 | ACH Payment |
| Sieling Law, PLLC | $693.00 | Former Subchapter V Trustee fees | Cashier's Check x4198 |
| Wells Fargo | $35.00 | Bank fees for cashier's checks and account service | N/A |
| Vogel Law Firm | $407.47 | Partial payment of Approved Fees (ECF 45) | ACH Payment |
| U.S. Trustee | $250.00 | Quarterly Fee for Q3 2026 | ACH Payment |

True and correct copies of the above-listed cashier's checks and ACH confirmation receipts are attached hereto as **<u>Exhibit D-2</u>**.

Turtle River paid $250.00 to the U.S. Trustee for the estimated quarterly fee for the third quarter of 2026. Following payment of this fee, no funds remain in the Turtle River DIP Account.

# EXHIBIT D-1

## CASHIER'S CHECKS AND ACH CONFIRMATION RECEIPTS FOR NFC DISTRIBUTION

NON-NEGOTIABLE

## IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

Purchaser Copy - Page 2 of 2

**CASHIER'S CHECK**

SERIAL #: 0938104197
ACCOUNT#: [redacted]1806

0009381 — Office AU #
11-24 / 1210(8)

Remitter: AMANDA L PREUSS
Purchaser: AMANDA L PREUSS
Purchaser Account: xxxxxx9177
Operator I.D.: k144554 k215418
Funding Source: Paper Item(s)

August 3, 2026

PAY TO THE ORDER OF CITY OF MOTLEY

**One Thousand Seventy-Six and 08/100 -US Dollars **

**$1,076.08**

Payee Address: 316 HWY 10 S MOTLEY MN 56466-
Memo: POST-PETITION UTILITIES

VOID IF OVER US $ 1,076.08

NON-NEGOTIABLE

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

Purchaser Copy - Page 1 of 2

FB004 (06/25) M4203 50123771

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**CASHIER'S CHECK**

0938104197

0009381 — Office AU #
11-24 / 1210(8)

Remitter: AMANDA L PREUSS
Operator I.D.: k144554 k215418

August 3, 2026

PAY TO THE ORDER OF CITY OF MOTLEY

**One Thousand Seventy-Six and 08/100 -US Dollars **

**$1,076.08**

Payee Address: 316 HWY 10 S MOTLEY MN 56466-
Memo: POST-PETITION UTILITIES

VOID IF OVER US $ 1,076.08

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

CONTROLLER

Security Features Included. Details on Back.

⑈0938104197⑈ ⑆121000248⑆ [redacted]1806⑈

NON-NEGOTIABLE

## IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

Purchaser Copy - Page 2 of 2

0009381 Office AU # | 11-24 1210(8)

**CASHIER'S CHECK**

SERIAL #: 0938102751
ACCOUNT#: [redacted]1814

Remitter: AMANDA L PREUSS
Purchaser: AMANDA L PREUSS
Purchaser Account: xxxxxx9177
Operator I.D.: k144554 k215418
Funding Source: Paper Item(s)

August 3, 2026

PAY TO THE ORDER OF **AMANDA CHASE**

**Two Thousand Seventy-Nine and 51/100 -US Dollars ** | **$2,079.51**

Payee Address: 10556 DEERPATH COURT NE BEMIDJI MN 56601-
Memo: INTUIT/QUICKBOOK FEES

VOID IF OVER US $ 2,079.51

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (06/25) M4203 50123771

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0009381 Office AU # | 11-24 1210(8)

**CASHIER'S CHECK**

0938102751

Remitter: AMANDA L PREUSS
Operator I.D.: k144554 k215418

August 3, 2026

PAY TO THE ORDER OF **AMANDA CHASE**

**Two Thousand Seventy-Nine and 51/100 -US Dollars ** | **$2,079.51**

Payee Address: 10556 DEERPATH COURT NE BEMIDJI MN 56601-
Memo: INTUIT/QUICKBOOK FEES

VOID IF OVER US $ 2,079.51

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

[signature]
CONTROLLER

Security Features Included. Details on Back.

⑈0938102751⑈ ⑆121000248⑆ [redacted]1814⑈

NON-NEGOTIABLE

## IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

**Purchaser Copy - Page 2 of 2**

0009381 — Office AU #
11-24 — 1210(8)

**CASHIER'S CHECK**

SERIAL #: 0938104734
ACCOUNT#: [redacted]1798

Remitter: AMANDA L PREUSS
Purchaser: AMANDA L PREUSS
Purchaser Account: xxxxxx9177
Operator I.D.: k144554 k215418
Funding Source: Paper Item(s)

August 3, 2026

PAY TO THE ORDER OF INTERNAL REVENUE SERVICE

**Sixty-One and 55/100 -US Dollars **

**$61.55**

Payee Address: 555 INDEPENDENCE ST SUITE 1400 CAPE GIRARDEAU MO 63703-
Memo: CLAIM 5-3

VOID IF OVER US $ 61.55

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NON-NEGOTIABLE

**Purchaser Copy - Page 1 of 2**

FB004 (06/25) M4203 50123771

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0009381 — Office AU #
11-24 — 1210(8)

**CASHIER'S CHECK**

0938104734

Remitter: AMANDA L PREUSS
Operator I.D.: k144554 k215418

August 3, 2026

PAY TO THE ORDER OF INTERNAL REVENUE SERVICE

**Sixty-One and 55/100 -US Dollars **

**$61.55**

Payee Address: 555 INDEPENDENCE ST SUITE 1400 CAPE GIRARDEAU MO 63703-
Memo: CLAIM 5-3

VOID IF OVER US $ 61.55

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

CONTROLLER

Security Features Included. Details on Back.

⑈0938104734⑈ ⑆121000248⑆ [redacted]1798⑈

**From:** notification@pay.gov
**To:** Lila Stanley
**Subject:** Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee
**Date:** Friday, July 31, 2026 11:48:45 AM

An official email of the United States government

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

Application Name: Chapter 11 Quarterly Fee
Pay.gov Tracking ID: 284M1O3D
Agency Tracking ID: 77466852862

Account Holder Name: Northern Fuel and Convenience, Inc.
Transaction Type: ACH Debit
Transaction Amount: $250.00
Payment Date: 08/03/2026

Account Type: Business Checking
Routing Number: 121000248
Account Number: ************9177

Transaction Date: 07/31/2026 12:44:19 PM EDT
Total Payments Scheduled: 1
Frequency: OneTime

Line 1: Remittance #1 - Type: Business, Account: [redacted]2560536, Name: Northern Fuel and Convenience, $250.00
Line 2:
Line 3:
Line 4:
Line 5:
Line 6:
Line 7:
Line 8:
Line 9:
Line 10:
Line 11:

NON-NEGOTIABLE

## IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

Purchaser Copy - Page 2 of 2

0009381 Office AU #   11-24 1210(8)

**CASHIER'S CHECK**

SERIAL #: 0938104618
ACCOUNT#: [redacted]1830

Remitter: AMANDA L PREUSS
Purchaser: AMANDA L PREUSS
Purchaser Account: xxxxxx9177
Operator I.D.: k144554 k215418
Funding Source: Paper Item(s)

August 3, 2026

PAY TO THE ORDER OF VOGEL LAW FIRM

**Forty-Two Thousand Seven Hundred Fifty-Five and 50/100 -US Dollars **   **$42,755.50**

Payee Address: PO BOX 1389 FARGO ND 58107-
Memo: APPROVED AND UNPAID LEGAL FEES

VOID IF OVER US $ 42,755.50

NON-NEGOTIABLE

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

Purchaser Copy - Page 1 of 2

FB004 (06/25) M4203 50123771

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0009381 Office AU #   11-24 1210(8)

**CASHIER'S CHECK**

0938104618

Remitter: AMANDA L PREUSS
Operator I.D.: k144554 k215418

August 3, 2026

PAY TO THE ORDER OF VOGEL LAW FIRM

**Forty-Two Thousand Seven Hundred Fifty-Five and 50/100 -US Dollars **   **$42,755.50**

Payee Address: PO BOX 1389 FARGO ND 58107-
Memo: APPROVED AND UNPAID LEGAL FEES

VOID IF OVER US $ 42,755.50

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

Authorized Signature

Security Features Included. Details on Back.

⑈0938104618⑈ ⑆121000248⑆[redacted]1830⑈

NEGOTIABLE

## IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

**Purchaser Copy - Page 2 of 2**

0009381 Office AU # 11-24 1210(8)

**CASHIER'S CHECK**

SERIAL #: 0938101590

ACCOUNT#: [redacted]7259

Remitter: AMANDA L PREUSS
Purchaser: AMANDA L PREUSS
Purchaser Account: xxxxxx9177
Operator I.D.: k144554 k215418
Funding Source: Paper Item(s)

August 3, 2026

PAY TO THE ORDER OF **MINNESOTA DEPARTMENT OF REVENUE**

**Two Hundred Thirty-Three Thousand Eight Hundred Four and 53/100 -US Dollars ** **$233,804.53**

Payee Address: PO BOX 64447 - BKY ST PAUL MN 55164-
Memo: CLAIM 5-3

VOID IF OVER US $ 233,804.53

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

**NON-NEGOTIABLE**

**Purchaser Copy - Page 1 of 2**

FB004 (06/25) M4203 50123771

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0009381 Office AU # 11-24 1210(8)

**CASHIER'S CHECK**

0938101590

Remitter: AMANDA L PREUSS
Operator I.D.: k144554 k215418

August 3, 2026

PAY TO THE ORDER OF **MINNESOTA DEPARTMENT OF REVENUE**

**Two Hundred Thirty-Three Thousand Eight Hundred Four and 53/100 -US Dollars ** **$233,804.53**

Payee Address: PO BOX 64447 - BKY ST PAUL MN 55164-
Memo: CLAIM 5-3

VOID IF OVER US $ 233,804.53

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

Authorized Signature

Authorized Signature

Security Features Included. Details on Back.

⑈0938101590⑈ ⑆121000248⑆[redacted]7259⑈

NON-NEGOTIABLE

## IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

Purchaser Copy - Page 2 of 2

0009381 — Office AU #
11-24 — 1210(8)

CASHIER'S CHECK

SERIAL #: 0938104936
ACCOUNT#: [redacted]1822

Remitter: AMANDA L PREUSS
Purchaser: AMANDA L PREUSS
Purchaser Account: xxxxxx9177
Operator I.D.: k144554 k215418
Funding Source: Paper Item(s)

August 3, 2026

PAY TO THE ORDER OF INTERNAL REVENUE SERVICE

**Three Thousand Five Hundred Fifty-Six and 77/100 -US Dollars ** **$3,556.77**

Payee Address: 555 INDEPENDENCE ST SUITE 1400 CAPE GIRARDEAU MO 63703-
Memo: CLAIM 4-3

VOID IF OVER US $ 3,556.77

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (06/25) M4203 50123771

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0009381 — Office AU #
11-24 — 1210(8)

CASHIER'S CHECK

0938104936

Remitter: AMANDA L PREUSS
Operator I.D.: k144554 k215418

August 3, 2026

PAY TO THE ORDER OF INTERNAL REVENUE SERVICE

**Three Thousand Five Hundred Fifty-Six and 77/100 -US Dollars ** **$3,556.77**

Payee Address: 555 INDEPENDENCE ST SUITE 1400 CAPE GIRARDEAU MO 63703-
Memo: CLAIM 4-3

VOID IF OVER US $ 3,556.77

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

CONTROLLER

Security Features Included. Details on Back.

⑈0938104936⑈ ⑆121000248⑆[redacted]1822⑈

# Confirmation

×

All set!

You scheduled a payment to
Parkland USA Corporation

# $29,766.11

| | |
|---|---|
| SEND ON | 08/13/26 |
| DELIVER BY | 08/20/26 |
| DELIVERY SPEED | 5 TO 7 BUSINESS DAYS |
| MEMO | ATTN PHILLIP ASHFIELD |
| CONFIRMATION CODE | P9VYHSF8 |
| STATUS | SCHEDULED |

**Back to all payees**

**From:** notification@pay.gov
**To:** Lila Stanley
**Subject:** Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee
**Date:** Thursday, September 3, 2026 1:24:39 PM

---

An official email of the United States government

Pay.gov logo

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

Application Name: Chapter 11 Quarterly Fee
Pay.gov Tracking ID: 285MBFRJ
Agency Tracking ID: 77500681505

Account Holder Name: Northern Fuel and Convenience Inc.
Transaction Type: ACH Debit
Transaction Amount: $1,254.24
Payment Date: 09/04/2026

Account Type: Business Checking
Routing Number: 121000248
Account Number: ************9177

Transaction Date: 09/03/2026 02:19:29 PM EDT
Total Payments Scheduled: 1
Frequency: OneTime

Line 1: Remittance #1 - Type: Business, Account: [redacted]2560536, Name: Northern Fuel and Convenience Inc., $1,254.24
Line 2:
Line 3:
Line 4:
Line 5:
Line 6:
Line 7:
Line 8:
Line 9:
Line 10:
Line 11:

# EXHIBIT D-2

## CASHIER'S CHECKS AND ACH CONFIRMATION RECEIPTS FOR TURTLE RIVER DISTRIBUTION

NON NEGOTIABLE

## IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

Purchaser Copy - Page 2 of 2

0009381 Office AU # | 11-24 1210(8)

CASHIER'S CHECK

SERIAL #: 0938104735

ACCOUNT#: [redacted]1798

Remitter: AMANDA L PREUSS
Purchaser: AMANDA L PREUSS
Purchaser Account: xxxxxx9219
Operator ID.: k144554
Funding Source: Paper Item(s)

August 3, 2026

PAY TO THE ORDER OF INTERNAL REVENUE SERVICE

**Forty-Five and 29/100 -US Dollars ** **$45.29**

Payee Address: 555 INDEPENDENCE ST SUITE 1400 CAPE GIRARDEAU MO 63703-
Memo: CLAIM 8-3

VOID IF OVER US $ 45.29

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

NON-NEGOTIABLE

Purchaser Copy - Page 1 of 2

FB004 (06/25) M4203 50123771

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0009381 Office AU # | 11-24 1210(8)

CASHIER'S CHECK

0938104735

Remitter: AMANDA L PREUSS
Operator ID.: k144554

August 3, 2026

PAY TO THE ORDER OF INTERNAL REVENUE SERVICE

**Forty-Five and 29/100 -US Dollars ** **$45.29**

Payee Address: 555 INDEPENDENCE ST SUITE 1400 CAPE GIRARDEAU MO 63703-
Memo: CLAIM 8-3

VOID IF OVER US $ 45.29

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

CONTROLLER

Security Features Included. Details on Back.

⑈0938104735⑈ ⑆121000248⑆ [redacted]1798⑈

**From:** notification@pay.gov
**To:** Lila Stanley
**Subject:** Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee
**Date:** Friday, July 31, 2026 12:07:43 PM

An official email of the United States government

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

Application Name: Chapter 11 Quarterly Fee
Pay.gov Tracking ID: 284M0OLV
Agency Tracking ID: 77466869539

Account Holder Name: My Store - Turtle River LLC
Transaction Type: ACH Debit
Transaction Amount: $250.00
Payment Date: 08/03/2026

Account Type: Business Checking
Routing Number: 121000248
Account Number: ************9219

Transaction Date: 07/31/2026 01:03:13 PM EDT
Total Payments Scheduled: 1
Frequency: OneTime

Line 1: Remittance #1 - Type: Business, Account: [redacted]2560512, Name: My Store - Turtle River, $250.00
Line 2:
Line 3:
Line 4:
Line 5:
Line 6:
Line 7:
Line 8:
Line 9:
Line 10:
Line 11:

## IMPORTANT - Please Read

Outstanding cashier's checks are subject to state or territorial unclaimed property laws.

If the cashier's check is lost, stolen, or destroyed, you may request a stop payment and reissuance. A stop payment and reissuance can only be completed within a branch location. As a condition of stop payment and reissuance, Wells Fargo Bank will require an indemnity agreement. In addition, for cashier's checks over $1,000.00, the waiting period before the stop payment and reissuance of an outstanding cashier's check may be processed is 90 days (30 days in the state of Wisconsin and 91 days in the state of New York). The waiting period can be avoided with the purchase of an acceptable surety bond. This can be purchased through Wells Fargo's approved insurance carrier or through an insurance carrier of the customer's choice. The cost of a surety bond varies depending on the amount of the bond and the insurer used. Surety bonds are subject to the insurance carrier's underwriting requirements before issuance. If the surety bond is not provided, the waiting period applies.

**Purchaser Copy - Page 2 of 2**

0009381 — Office AU #
11-24 — 1210(8)

### CASHIER'S CHECK

SERIAL #: 0938104198
ACCOUNT#: [redacted]1806

Remitter: AMANDA L PREUSS
Purchaser: AMANDA L PREUSS
Purchaser Account: xxxxxx9219
Operator I.D.: k144554
Funding Source: Paper Item(s)

August 3, 2026

PAY TO THE ORDER OF **SIELING LAW, PLLC**

****Six Hundred Ninety-Three and 00/100 -US Dollars **** ****$693.00****

Payee Address: 12800 WHITEWATER DR 100, #3201
Memo: INVOICE10051-FORMER SUNCHAPTER V TRUSTEE

VOID IF OVER US $ 693.00

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

**NON-NEGOTIABLE**

**Purchaser Copy - Page 1 of 2**

FB004 (06/25) M4203 50123771

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0009381 — Office AU #
11-24 — 1210(8)

### CASHIER'S CHECK

0938104198

Remitter: AMANDA L PREUSS
Operator I.D.: k144554

August 3, 2026

PAY TO THE ORDER OF **SIELING LAW, PLLC**

****Six Hundred Ninety-Three and 00/100 -US Dollars **** ****$693.00****

Payee Address: 12800 WHITEWATER DR 100, #3201
Memo: INVOICE10051-FORMER SUNCHAPTER V TRUSTEE

VOID IF OVER US $ 693.00

WELLS FARGO BANK, N.A.
2024 PAUL BUNYAN DR NW
BEMIDJI, MN 56601
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

CONTROLLER

Security Features Included. Details on Back.

⑈0938104198⑈ ⑆121000248⑆ [redacted]1806⑈

**From:** notification@pay.gov
**To:** Lila Stanley
**Subject:** Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee
**Date:** Thursday, September 3, 2026 1:28:53 PM

An official email of the United States government

Pay.gov logo

Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

Application Name: Chapter 11 Quarterly Fee
Pay.gov Tracking ID: 285MBODS
Agency Tracking ID: 77500684439

Account Holder Name: My Store- Turtle River LLC
Transaction Type: ACH Debit
Transaction Amount: $250.00
Payment Date: 09/04/2026

Account Type: Business Checking
Routing Number: 121000248
Account Number: ************9219

Transaction Date: 09/03/2026 02:23:57 PM EDT
Total Payments Scheduled: 1
Frequency: OneTime

Line 1: Remittance #1 - Type: Business, Account: [redacted]2560512, Name: My Store - Turtle River LLC, $250.00
Line 2:
Line 3:
Line 4:
Line 5:
Line 6:
Line 7:
Line 8:
Line 9:
Line 10:
Line 11: